IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| V. | § | |
| | § | No. 3:18-cr-406-K (03) |
| DARYL HENRY, | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING AMENDED FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made amended findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed amended findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Amended Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court therefore finds under 18 U.S.C. § 4241 that Defendant Daryl Henry is competent to stand trial and will set a trial date and pretrial deadlines through a separate order.

SO ORDERED.

Signed December 3rd, 2019.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE